# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br> v. <br> Joel Cardenas-Urias, <br><br> Defendant. | Case No.:   3:21-cr-2719-BTM <br><br> **Order Granting Joint Motion to Continue Motion Hearing and Trial Setting Hearing** |

GOOD CAUSE APPEARING, the Parties' joint motion to continue the motion hearing and trial setting hearing, currently set for October 20, 2021 at 1:00 p.m., to December 1, 2021 at 2:00 p.m. IS GRANTED. Mr. Cardenas-Urias is in custody at CCA, Otay Mesa. Time shall be excluded under the Speedy Trial Act between October 20, 2021– December 1, 2021 because additional time is necessary to avoid a miscarriage of justice, and for effective preparation, taking into account the parties' exercise of due diligence. See 18 U.S.C.§3161(h)(7)(B)(i), (iv).

Dated: October 19, 2021

_____
Hon. Barry Ted Moskowitz
United States District Judge